1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-6730
6       FAX: (415) 436-7169
        Melanie.Proctor@usdoj.gov
7
8   GREGORY G. KATSAS
    United States Department of Justice
    Assistant Attorney General
9   ELIZABETH J. STEVENS (VSB 47445)
    Assistant Director, District Court Section
10  GISELA A. WESTWATER (NSB 21801)
    Trial Attorney, District Court Section
11
12      Office of Immigration Litigation
        United States Department of Justice, Civil Division
        P.O. Box 868, Ben Franklin Station
13      Washington, DC 20044
        Telephone: (202) 532-4174
14      Facsimile: (202) 616-8962
        E-mail: Gisela.Westwater@usdoj.gov
15
16  Attorneys for Defendants

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19              SAN FRANCISCO DIVISION

20  BAILUN ZHANG                    )      No. C 08-2589 JW
                                    )
21                  Plaintiff,      )
                                    )
22      v.                          )      STIPULATION TO VACATE CMC;
                                    )      PROPOSED ORDER
23  MICHAEL CHERTOFF, Secretary,    )
    Department of Homeland Security,)
24                                  )
                    Defendant.      )
25  _____)

26  ///

27  ///

28  ///

STIPULATION
No. C 08-2589 JW

Dispositive motions on this case have been fully briefed, and were heard by the Court on October 27, 2008.  The parties do not have any disputes that would be resolved at a Case Management Conference; accordingly, the parties hereby stipulate, subject to approval of the Court, to VACATE the Case Management Conference scheduled for December 1, 2008.

Dated: November 3, 2008                              Respectfully submitted,

GREGORY G. KATSAS                              JOSEPH P. RUSSONIELLO
Assistant Attorney General                          United States Attorney

ELIZABETH J. STEVENS (VSB 47445)
Assistant Director, District Court Section          _____/s/_____
                                                    MELANIE L. PROCTOR[1]
GISELA A. WESTWATER (NSB 21801)            Assistant United States Attorney
Trial Attorney, District Court Section

Attorneys for Defendant


Dated: November 3, 2008                         _____/s/_____
                                                JUSTIN X. WANG
                                                Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference scheduled for December 1, 2008, is hereby VACATED.

The Court will set a new Case Management Conference, if necessary, in its Order addressing the pending motions.

Dated:  November 12, 2008              _____
                                       JAMES WARE
                                       United States District Judge

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.